UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIERRA CLUB,<br>a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SPOKANE,<br><br>　　　　　Defendant. | No. CV-08-283-LRS<br><br>**ORDER APPROVING<br>CONSENT DECREE** |

　　　Good cause appearing, the parties' "Joint Motion To Enter Order For Consent Decree" (Ct. Rec. 9) is **GRANTED**.

　　　The consent decree (Ct. Rec. 8) is hereby **APPROVED** and the parties are bound by its terms and conditions.

　　　The court retains jurisdiction to enforce the terms and conditions of the Consent Decree and to resolve disputes arising thereunder as may be necessary or appropriate for the construction or execution of the Consent Decree.

　　　The captioned action is **DISMISSED with prejudice**.[1]

//

//

//

---

[1] As the parties have proposed that the captioned action be dismissed with prejudice, the court assumes it will be necessary for a separate action to be filed in the event there is an alleged breach of the Consent Decree. The Consent Decree supersedes the Plaintiff's complaint and the causes of action and claims for relief contained therein.

1  **IT IS SO ORDERED**.  The District Executive is directed to enter this order
2  and forward copies to counsel.
3  **DATED** this   30th    of December, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge